### Carlos Felipe CARRERA–HUERTA, Petitioner,

v.

### Eric H. HOLDER, Jr., Attorney General, Respondent.

#### No. 11–72781.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 16, 2012.

Carlos Felipe Carrera–Huerta, Pomona, CA, pro se.

Franklin M. Johnson, Jr., U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Carlos Felipe Carrera–Huerta, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider the underlying denial of his application for asylum. Our jurisdiction is governed by 8 U.S.C. § 1252, and we deny the petition for review.

In his opening brief, Carrera–Huerta fails to raise, and therefore waives, any challenge to the BIA's order denying his motion to reconsider. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived). Moreover, the BIA was within its discretion in denying Carrera–Huerta's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior decision affirming the immigration judge's denial of his application for asylum. *See* 8 C.F.R. § 1003.2(b)(1); *Socop–Gonzalez v. INS*, 272 F.3d 1176, 1180 n. 2 (9th Cir.2001) (en banc).

**PETITION FOR REVIEW DENIED.**

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

